Carmela Caputo, appellee, v. The Fidelity Life Association, formerly known as The Mystic Workers, appellant. Gen. No. 37,369.

Opinion filed June 11, 1934. Rehearing denied June 25, 1934.

Charles E. Sturtz, John W. Leedle and Charles P. Molthrop, for appellant. Joseph Z. Willner and Leo L. Weil, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.